# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

    **ADV:** 07-90422

    **DEBORAH DEE HUNT VS B-LINE, L.L.C.**

| | |
|---|---|
| **Debtor:** | DEBORAH DEE HUNT |
| **Case Number:** | 05-04219-LA13    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 09, 2007 02:30 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### *Matter:*

MOTION TO DISMISS FOR LACK OF STANDING AND/OR FAILURE TO STATE A CLAIM UNDER FEDERAL BK RULE 7012 OR, ALTERNATIVELY FEDERAL RULE OF CIVIL PROCEDURE 56 FILED BY LINH TRAN ON BEHALF OF B-LINE, L.L.C..

### *Appearances:*

Michael G. Doan, ATTORNEY FOR Deborah Dee Hunt
Linh Tran, ATTORNEY FOR B-Line, L.L.C.

### *Disposition:*

settled, stip to dismiss will be fld.